# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| GEORGE A. YARNO and | ) | |
| CYNTHIA D. B. YARNO, | ) | |
| husband and wife, | ) | CV 07-424-C-EJL |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On February 24, 2009, the parties filed a Stipulation of Dismissal of Claim for Refund of Tax Motivated Interest. (Docket No. 24). The forgoing stipulation, having duly and regularly come before this Court and good cause appearing therefore, the Court enters the following Order.

Upon stipulation of counsel and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' claims for refunds of tax motivated interest under I.R.C. § 6621(c), in the amount of $22,171.00 for the tax year 1984, and $17,656.00 for the tax year 1985 are hereby DISMISSED WITH PREJUDICE with the parties bearing their own costs and fees in connection with the dismissed claims.

Plaintiffs' claim for a refunds of failure to pay penalties, in the amount of $2,715.78 for the tax year 1984 and $2,445.07 for the tax year 1985 remain before the Court.

DATED: **March 11, 2009**

Honorable Edward J. Lodge
U. S. District Judge